# FILED

09/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0185

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### Supreme Court Cause No. DA 21-0185

-------------------------------------------------------------------

TRUSS WORKS, INC., a Montana corporation,

Plaintiff and Appellee,

v.

OSWOOD CONSTRUCTION COMPANY, a Montana corporation, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, VOYAGEUR APARTMENTS, LP, a Minnesota Limited Partnership, and HUB INTERNATIONAL MOUNTAIN STATES LIMITED, a Montana corporation,

Defendants and Appellants.

-------------------------------------------------------------------

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

-------------------------------------------------------------------

An unopposed Motion for Extension of Time having been filed by Appellee pursuant to Rule 26(1) of the Rules of Appellate Procedure, and Appellants having no objection,

IT IS HEREBY ORDERED that Appellee shall file its Answer Brief on or before October 25, 2021.

Bowen Greenwood
Clerk of the Supreme Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 22 2021